IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND,

       Plaintiff,                    No. 2:12-cv-2288 CKD P

   vs.

SACRAMENTO COUNTY SHERIFF'S DEPT., et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a civil detainee proceeding pro se. On September 26, 2012, the court dismissed plaintiff's September 6, 2012 complaint with leave to file an amended complaint that states a claim under 42 U.S.C. § 1983. (Dkt. No. 6.) Plaintiff has not filed an amended complaint, but instead filed a letter on October 18, 2012. (Dkt. No. 7.) The court will disregard this letter as it is not a filing contemplated by the Federal Rules of Civil Procedure. However, plaintiff will be granted an extension of time to file an amended complaint that states a claim under § 1983.

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of
2   time to file an amended complaint within thirty days from the date of service of this order.
3   Failure to file an amended complaint will result in a recommendation that the action be
4   dismissed.

Dated: November 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
town2288.eot

2