IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND,

    Plaintiff,                    No.  2:12-cv-2288 CKD P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPT., et al,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has consented to this court's jurisdiction.  (Dkt. No. 4.)  By an order filed November 19, 2012, plaintiff was granted thirty days to file an amended complaint that stated a claim under 42 U.S.C. § 1983 and was cautioned that failure to do so would result in dismissal of this action. (Dkt. No. 8.)  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: January 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / town2288.fta

1